1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:10-CR-00287-AWI-5

12                        Plaintiff,        STIPULATION REFERRING MOTION FOR
                                            SENTENCE REDUCTION TO FEDERAL
13             v.                           DEFENDER'S OFFICE AND PROBATION
                                            OFFICE AND ORDER THEREON
14  URIEL CONTRERAS CORTES,

15                        Defendant.

16

17        The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United

18  States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office (Probation

19  Officers Hubert Alvarez) and the Office of the Federal Defender and Assistant Federal Defender David

20  M. Porter, pursuant to General Order No. 546.  The Federal Defender's Office shall have 30 days from

21  the date the Court approves the stipulation/order to conduct an initial review of the motion to determine

22  the status of representation of the defendant.

23        1.      If Federal Defender's Office determines that the defendant is eligible for representation

24  and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a

25  notice of appearance in the case.  If the matter has been referred to panel counsel, a copy of this order

26  shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a

27  notice of appearance in the case.

28  ///

    STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
    REDUCTION

1    2.    The notice of appearance shall indicate whether counsel intends to supplement the

2  defendant's motion.

3    3.    If the defendant does not intend to supplement the motion, the government's response

4  will be due 14 days following counsel's notice of appearance.

5    4.    If defendant's counsel intends to supplement the defendant's motion, then the notice of

6  appearance shall indicate the date upon which the supplement will be filed and the date upon which the

7  government's response shall be due.  Such dates should be mutually agreeable to the parties.

8    5.    If the parties agree that a hearing is necessary, the notice of appearance shall include the

9  date of the hearing, preferably no earlier than two weeks after the government's response is filed.  If the

10  parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties'

11  respective filings.

12    6.    Should no counsel enter an appearance on behalf of the defendant, the government will

13  file a response within 14 days of the expiration of the 30-day period referred to above.

14    7.    Upon review of the motion and response, the Court will determine whether oral argument

15  or hearing will aid its determination of the motion and notify counsel of its decision.

16  Dated: February 25, 2015                          BENJAMIN B. WAGNER
                                                        United States Attorney
17

18                                                      /s/ *Kathleen A. Servatius*
                                                        KATHLEEN A. SERVATIUS
19                                                      Assistant United States Attorney

20

    Dated: February 25, 2015                          HEATHER E. WILLIAMS
21                                                      Federal Defender

22

                                                        /s/ *David M. Porter*
23                                                      DAVID M. PORTER
                                                        Assistant Federal Defender
24                                                      Attorney for Defendant

25  IT IS SO ORDERED.

26
    Dated:    February 25, 2015
27                                                      SENIOR  DISTRICT  JUDGE

28

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION